IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**
**#106563**                                                                                                 **PLAINTIFF**

**VS.**                                               **4:21-CV-00969-BRW**

**ERIC S. HIGGINS, Sheriff, Pulaski County; and**
**COBB, Sergeant**                                                                                     **DEFENDANTS**

## ORDER

I have reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Partial Recommended Disposition in all respects.

Accordingly, Plaintiff may proceed with his excessive force and corrective inaction claims against Defendants Cobb and Higgins.  The remainder of the allegations in the Amended Complaint and Addendum are dismissed without prejudice.  I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 28th day of December, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1