IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL OTIS ROBERTSON
#106563                                                                                                PLAINTIFF

VS.                                          4:21-CV-00969-BRW

ERIC S. HIGGINS, Sheriff, Pulaski County; and
COBB, Sergeant                                                                                    DEFENDANTS

## JUDGMENT

Based on the dispositive Orders entered today and previously (Docs. 24, 56), Plaintiff's claims are dismissed, and this case is closed. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 13th day of September 2022.

                                                    BILLY ROY WILSON
                                        UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1